1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA JAMISON AND PAUL JAMISON,<br><br>               Plaintiffs,<br><br>    v.<br><br>FCI LENDER SERVICES, INC.; DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; and DOES 1 to 50, inclusive,<br><br>               Defendants. | Case No. CV09-00736 R (JWJx)<br><br>**ORDER RE: ATTORNEYS FEES FOR DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. AND FCI LENDER SERVICES, INC.**<br><br>Hearing Date: March 30, 2009<br>Time: 10:00 a.m.<br>Courtroom: 8<br><br>Assigned to: Hon. Manuel L. Real<br><br>[Complaint Filed: December 30, 2008] |

-1-

1    Defendants' U.S. Bank National Association, Successor In Interest To
2 The Federal Deposit Insurance Corporation As Receiver For Downey Savings And
3 Loan Association, F.A. and FCI Lender Services, Inc. (collectively, "Defendants'")
4 Motion to Dismiss came on regularly for hearing on March 30, 2009 at 10:00 a.m. in
5 Courtroom 8 of the United States Courthouse, Spring Street Courthouse, located at
6 312 N. Spring Street, Los Angeles, California 90012.  Defendants appeared through
7 its counsel, Angela J. Clifford, Esq.  Plaintiff and his counsel did not appear.

9    After considering Defendants' Motion and Supporting Declaration, the
10 Court orders as follows:

12    **IT IS ORDERED** that MW Roth PLC and/or Mitchell Roth, jointly
13 and severally shall pay all of the costs and attorneys' fees incurred by Defendants in
14 defending this frivolous action in the amount of $12,727.43.

16 Dated: May 4, 2009

THE HONORABLE MANUEL L. REAL

18 Submitted by:

19
20 By:    /s/ Angela Clifford
       DANA J. DUNWOODY
21     JOHN C. DINEEN
       J. BARRETT MARUM
22     ANGELA J. CLIFFORD

23     Attorneys for Defendants
       U.S. BANK NATIONAL
24     ASSOCIATION, SUCCESSOR IN
       INTEREST TO THE FEDERAL
25     DEPOSIT INSURANCE
       CORPORATION AS RECEIVER
26     FOR DOWNEY SAVINGS AND
       LOAN ASSOCIATION, F.A.; AND
27     FCI LENDER SERVICES, INC.